IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANDRE DUHREAL FLAGG-EL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE HOUSTON CO. SHERIFF'S ) <br> DEPT., et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 1:21cv771-MHT <br> (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that, while at the Houston County Jail, he was repeatedly assaulted by staff and was held in segregation for months despite his mental condition, without adequate cause or due process, and with the result that his mental health worsened. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute and obey a court order. There are no objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of April, 2022.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**