IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANDRE DUHREAL FLAGG-EL,     )<br>                             )<br>    Plaintiff,             )<br>                             )<br>    v.                       )<br>                             )<br>THE HOUSTON CO. SHERIFF'S   )<br>DEPT., et al.,              )<br>                             )<br>    Defendants.              ) | CIVIL ACTION NO.<br>   1:21cv771-MHT<br>        (WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 6) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and obey an order of the court. Any other pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of April, 2022.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**